FILED: December 9, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2222 (L)
(31-CA-74297)
(31-RC-66625)

_____

NESTLE DREYER'S ICE CREAM COMPANY

      Petitioner

v.

NATIONAL LABOR RELATIONS BOARD

      Respondent

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 01/07/2015

Opening brief due: 01/07/2015

Response brief due: 02/10/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk